```
                    UNITED STATES DISTRICT COURT
                             FOR  THE
                       DISTRICT OF VERMONT
```

ROBERT J. CAVACAS,                      :
    Plaintiff,                          :
                                        :
    v.                                  : File No. 2:12 CV 234
                                        :
Commissioner of Social Security,        :
    Defendant.                          :

### ORDER

The Report and Recommendation of the United States Magistrate Judge dated July 2, 2013.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's Motion for Order Reversing Decision of Commissioner (Doc. 9) is **DENIED**, and the Commissioner's Motion for Order Affirming Decision of Commissioner (Doc. 13) is **GRANTED.**

Dated at Burlington, in the District of Vermont, this 22nd day of July, 2013.

                                      /s/ William K. Sessions III
                                       William K. Sessions III
                                       U.S. District Court Judge